IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. 2:06cr161-CSC |
| ANGELINA J WILLIAMS | ) (18 U.S.C. 641) |
| | ) INFORMATION |

The United States Attorney charges:

### COUNT

On or about the 20th day of April 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **ANGELINA J WILLIAMS** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

_Kent Brunson_
KENT BRUNSON
Assistant United States Attorney

_NEAL B. FRAZIER_
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | |
|---|---|
| **STATE OF ALABAMA** )<br>)<br>**COUNTY OF MONTGOMERY** ) | **AFFIDAVIT** |

The undersigned, being first duly sworn, deposes and says:

I, CURTIS DENNIS, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 20 April 2006, I was contacted by Deborah Collins, supervisor of the AAFES Food Court, about her missing credit card and fraudulent attempts to use her credit card. Specifically, there had been an attempt to purchase a pair of shoes and to obtain cell phone service. While neither transaction had been accepted due to the failure to provide an accurate address and telephone number, there was a $1.00 fee that was charged to her credit card. I interviewed ANGELINA J WILLIAMS, an employee of the AAFES Food Court, as part of my investigation into that matter. WILLIAMS told me that saw the credit card, wrote down the number, and used the number online to try to purchase a pair of Jordan crosstrainer shoes and to purchase cell phone service from Cingular. WILLIAMS explained that both of these attempts failed because she did not know Ms. Collins home address. WILLIAMS also admitted to eating $18.67 of food at the Food Court without paying for it. WILLIAMS signed a promissory note for the food that she ate without paying for in the amount of $18.67.

CURTIS DENNIS

Subscribed and sworn to before me this 6th day of June, 2006.

Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS