**COURTROOM DEPUTY MINUTES**                          **DATE:** __JULY 11, 2006__

**MIDDLE DISTRICT OF ALABAMA**

**FTR RECORDED:  10:33 A.M. - 10:35 A.M.**

√       **INITIAL APPEARANCE**
❏       **BOND HEARING**
❏       **DETENTION HEARING**
❏       **REMOVAL HEARING (R.40)**
√       **ARRAIGNMENT**
❏       **PRELIMINARY EXAMINATION**

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*          **DEPUTY CLERK:** *WANDA STINSON*

**CASE NO.** *2:06CR161-CSC*                    **NAME:** *ANGELINA J. WILLIAMS*

**AUSA:** *NEAL B. FRAZIER*                **DEFT. ATTY:**   __CHRISTINE FREEMAN__
                                     Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( √ ) CDO

**USPO:** _____

**Defendant** ____**does** √ **does NOT need an interpreter. Interpreter Name:**_____

_____

❏ kars.          Date of Arrest _____or  ❏   karsr40

√ kia.          Deft. First Appearance. Advised of rights/charges.  ❏Pro/Sup Rel Violator

√ kcnsl.       Deft. First Appearance with Counsel

❏                Deft. First Appearance without Counsel

❏                Requests to appoint Counsel.  √ ORAL MOTION

√ kfinaff.      Financial Affidavit executed ❏ to be obtained by PTSO

√ koappted     ORAL ORDER appointing Community Defender Organization

√                CONSENT to Proceed before Magistrate Judge executed.

❏ kbnd.        ❏ BOND EXECUTED (M/D AL charges) $_____. Deft released   (kloc LR)

                    ❏ BOND EXECUTED _____(R.40 charges) - deft to report to originating district as
                    ordered.

√ karr.         ARRAIGNMENT ❏SET FOR: _____  √ HELD.  Plea of NOT GUILTY entered.

                    √ Set for __9/11/06__ Trial Term.   PRETRIAL CONFERENCE DATE: _____
                    DISCOVERY DISCLOSURES DATE: _7/11/06_

❏ krmknn.     NOTICE to retained Criminal Defense Attorney handed to Counsel