### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-161-CSC |
| | ) | |
| ANGELINA J. WILLIAMS | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL DATE

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and respectfully moves this Court to continue the trial that is presently set for September 11, 2006, until a later date to allow for the consideration of pretrial diversion in this matter.

In support of this Motion, defendant would show:

1. Undersigned counsel will be requesting Pretrial Diversion for Defendant.

2. The government will be evaluating the Pretrial Diversion request.

3. Counsel for the prosecution does <u>not</u> oppose this motion.

4. It is not anticipated that the government's evaluation of this request will be completed on or before the trial date.

5. A Waiver of Right to Speedy Trial will be submitted.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

<u>s/Christine A. Freeman</u>
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Angelina Williams

Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Neal B. Frazier, Esq., Special Assistant United States Attorney, 50 LeMay Plaza South, Maxwell AFB, AL 36112.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Angelina Williams
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org