# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-161-CSC |
| | ) | |
| ANGELINA J. WILLIAMS | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned defendant, after first being advised of her right to a speedy trial as guaranteed by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, et seq., hereby waives her right to a speedy trial, through the September 11, 2006 trial term.

8/28/06
Date

_Angelina Williams_
Angelina J. Williams

8/22/06
Date

Attorney for Angelina J. Williams

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-161-CSC |
| | ) | |
| ANGELINA J. WILLIAMS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2006, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notification of such filing to the

following:

Neal B. Frazier, Esquire
Special Assistant United States Attorney
50 LeMay Plaza South
Maxwell AFB, AL 36112

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Angelina J. Williams
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org