IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06-CR-161-CSC |
| | ) | |
| ANGELINA J. WILLIAMS | ) | |

## **ORDER**

Upon consideration of the motion to withdraw motion to dismiss (doc. # 13) filed by the United States, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 1st day of September, 2006.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE