


UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT, CLERK**  TELEPHONE (334) 954-3600
**YVONNE GOODLOE, CHIEF DEPUTY CLERK**

September 5, 2006

# NOTICE OF DEFICIENCY

**To:**   Neal B. Frazier
          Special Assistant United States Attorney

**From:** Wanda Stinson
          Deputy Clerk/Courtroom Deputy

**Case Style: <u>United States of America vs. Angelina Williams</u>**

**Case Number:  2:06CR161-CSC**

**Referenced Pleading: Document(s) #13 First Motion for Leave to Withdraw the Motion to Dismiss Information filed on August 31, 2006.**

**The above-referenced pleadings was filed electronically with the court, however, your document was not signed and did not include a Certificate of Service page.**

**Please contact me at 954-3971  to correct these deficiencies.**