| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   OCTOBER 13,  2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:    1:04 p. m. to 1:05 p.m.** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 2:06CR161-CSC**     **DEFENDANT NAME:   ANGELINA J. WILLIAMS**

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  NEAL FRAIZER | ATTY.   CHRISTINE FREEMAN |

√     **DISCOVERY STATUS: Complete.**

_____

_____

√     **PENDING MOTION STATUS:   None.**

_____

☐     **PLEA STATUS:**

_____

_____

√     **TRIAL STATUS: Case will be resolved through pretrial diversion**

_____

√     **REMARKS: Parties advised to get with probation and case resolved.**

_____