IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-161-CSC |
| | ) | |
| ANGELINA J. WILLIAMS | ) | |

**O R D E R**

Upon consideration of the Motion for Leave to Dismiss Information as to ANGELINA J. WILLIAMS heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED by the Court that the motion to dismiss be and the same is hereby granted and this matter be and is hereby DISMISSED.

Done this 20th day of November, 2006.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE